# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

UNITED STATES OF AMERICA

V.         **CASE NO. 3:11CR00295-001**

MELECIO CASTRO-HERNANDEZ

## O R D E R
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

  This matter is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States Magistrate Judge ("Magistrate Judge"), on January 30, 2012. Having reviewed the R&R in this case and there being no objections, this Court **HEREBY ACCEPTS** and **ADOPTS** the R&R. In accordance with the R&R, the Court **HEREBY ACCEPTS** the defendant's guilty plea made pursuant to Fed. R. Crim Pro. 11.

  The Clerk is directed to send a copy of this Order to all counsel of record.

  And it is so Ordered.

              /s/
              Henry E. Hudson
              United States District Judge

Date: Feb. 14 2012
Richmond, VA